SO ORDERED.

Dated: November 20, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26284/4800456767

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Bruce Leslie Campbell and Jennifer Ann Campbell<br>      Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc., as nominee for Chase Home Finance, LLC<br>      Movant,<br>vs.<br>Bruce Leslie Campbell and Jennifer Ann Campbell, Debtors, William E. Pierce, Trustee.<br>      Respondents. | No. 2:09-BK-27047-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #5) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 26, 2004 and recorded in the office of the Yavapai County Recorder wherein Mortgage Electronic Registration Systems, Inc., as nominee for Chase Home Finance, LLC is the current beneficiary and Bruce Leslie Campbell and Jennifer Ann Campbell have an interest in, further described as:

> LOT 167, OAK CREEK VALLEY, UNIT III, ACCORDING TO BOOK 17 OF MAPS, PAGE 74, RECORDS OF YAVAPAI COUNTY, ARIZONA

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT